# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Radu, Cornel | § | Case No.  10 B 20359 |
| | Radu, Letitia | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2010.

2) The plan was confirmed on 09/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 02/08/2012.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $37,715.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $129,031.25 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:**                                                                    $129,031.25

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,914.50 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $6,545.14 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                    $9,459.64

Attorney fees paid and disclosed by debtor          $1,000.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $0 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $0 | NA | NA | $0 | $0 |
| Chase Home Finance | Secured | $70,000.00 | NA | NA | $0 | $0 |
| Citibank NA | Secured | $1,159.01 | NA | NA | $0 | $0 |
| CitiMortgage Inc | Secured | NA | $0 | $0 | $0 | $0 |
| CitiMortgage Inc | Secured | $301,485.96 | $270,647.49 | $270,647.49 | $40,557.44 | $0 |
| CitiMortgage Inc | Secured | $43,353.17 | NA | NA | $0 | $0 |
| CitiMortgage Inc | Secured | $30,838.47 | NA | NA | $0 | $0 |
| CitiMortgage Inc | Secured | NA | $30,838.47 | $30,838.47 | $9,489.34 | $0 |
| City Of Chicago | Secured | $1.00 | NA | NA | $0 | $0 |
| JP Morgan Chase Bank NA | Secured | $161,163.74 | $160,004.73 | $160,004.73 | $29,388.88 | $0 |
| JP Morgan Chase Bank NA | Secured | NA | $0 | $0 | $0 | $0 |
| JP Morgan Chase Bank NA | Secured | NA | $1,159.01 | $1,159.01 | $356.55 | $0 |
| NationStar Mortgage LLC | Secured | NA | $43,353.17 | $43,353.17 | $0 | $0 |
| NationStar Mortgage LLC | Secured | $435,604.54 | $392,251.37 | $392,251.37 | $39,779.40 | $0 |
| American Express Centurion | Unsecured | $2,178.18 | $2,178.18 | $2,178.18 | $0 | $0 |
| Aurora Loan Services | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aurora Loan Services | Unsecured | $0 | NA | NA | $0 | $0 |
| BAC Home Loan Servicing LP | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $3,222.70 | $3,222.70 | $3,222.70 | $0 | $0 |
| Bank Of America | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $0 | NA | NA | $0 | $0 |
| BMO Harris Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Candica LLC | Unsecured | $10,652.14 | $10,652.14 | $10,652.14 | $0 | $0 |
| Candica LLC | Unsecured | $9,878.51 | $9,878.51 | $9,878.51 | $0 | $0 |
| Capital One | Unsecured | $1,051.00 | $1,051.44 | $1,051.44 | $0 | $0 |
| Capital One | Unsecured | $3,636.86 | $3,636.86 | $3,636.86 | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capstone Financial LLC | Unsecured | $4,917.23 | $5,196.23 | $5,196.23 | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $10,718.23 | $10,718.23 | $10,718.23 | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Citi Cards | Unsecured | $0 | NA | NA | $0 | $0 |
| Citi Cards | Unsecured | $0 | NA | NA | $0 | $0 |
| Citibank NA | Unsecured | NA | $4,395.30 | $4,395.30 | $0 | $0 |
| Citibank NA | Unsecured | $4,395.30 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $0 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $0 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $0 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $16,409.00 | $16,409.57 | $16,409.57 | $0 | $0 |
| Discover Financial Services | Unsecured | $3,402.80 | $3,402.80 | $3,402.80 | $0 | $0 |
| East Bay Funding | Unsecured | $805.00 | $805.19 | $805.19 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $5,588.40 | $5,588.40 | $5,588.40 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $17,180.57 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $2,505.43 | $2,505.43 | $2,505.43 | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $17,180.57 | $17,180.57 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $3,684.79 | $3,684.79 | $3,684.79 | $0 | $0 |
| First USA Bank N A | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| Guaranty Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $3,117.25 | $3,117.25 | $3,117.25 | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $520.38 | $520.38 | $520.38 | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| Kohl's/Kohl's Dept Stores | Unsecured | $0 | NA | NA | $0 | $0 |
| Kohl's/Kohl's Dept Stores | Unsecured | $0 | NA | NA | $0 | $0 |
| Lord & Taylor | Unsecured | $0 | NA | NA | $0 | $0 |
| Marshall & Ilsley Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $2,991.82 | $2,991.82 | $2,991.82 | $0 | $0 |
| Midland Credit Management | Unsecured | $2,827.42 | $2,827.42 | $2,827.42 | $0 | $0 |
| Midland Credit Management | Unsecured | $896.44 | $896.44 | $896.44 | $0 | $0 |
| Midland Funding | Unsecured | $12,266.46 | $12,266.46 | $12,266.46 | $0 | $0 |
| Nissan Motor Acceptance Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| Paragon Way Inc | Unsecured | $2,581.00 | NA | NA | $0 | $0 |
| Paragon Way Inc | Unsecured | $2,581.30 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $163.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $105.37 | $105.37 | $105.37 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $4,199.67 | $4,199.67 | $4,199.67 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,016.00 | $1,019.52 | $1,019.52 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,969.46 | $1,969.46 | $1,969.46 | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | Unsecured | $7,637.52 | $7,637.52 | $7,637.52 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $7,049.00 | $7,049.87 | $7,049.87 | $0 | $0 |
| Precision Recovery Analytics,Inc | Unsecured | $2,581.00 | $2,581.30 | $2,581.30 | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Sears Consumer Finance | Unsecured | $997.00 | NA | NA | $0 | $0 |
| Sears Consumer Finance | Unsecured | $2,934.00 | NA | NA | $0 | $0 |
| Sears Consumer Finance | Unsecured | $864.00 | NA | NA | $0 | $0 |
| Shell Citibank | Unsecured | $0 | NA | NA | $0 | $0 |
| Thd/Cbsd | Unsecured | $4,772.00 | NA | NA | $0 | $0 |
| Thd/Cbsd | Unsecured | $6,226.00 | NA | NA | $0 | $0 |
| UNVL/CITI | Unsecured | $0 | NA | NA | $0 | $0 |
| UNVL/CITI | Unsecured | $7,637.00 | NA | NA | $0 | $0 |
| Wells Fargo Bank NA | Unsecured | $120,000.00 | $123,192.45 | $123,192.45 | $0 | $0 |
| Wells Fargo Bank NA | Unsecured | NA | $0 | $0 | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $822,903.59 | $109,725.72 | $0 |
| Mortgage Arrearage | $75,350.65 | $9,845.89 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $898,254.24 | $119,571.61 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $270,881.27 | $0 | $0 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $9,459.64 | |
| Disbursements to Creditors | $119,571.61 | |
| **TOTAL DISBURSEMENTS:** | | $129,031.25 |

UST Form 101-13-FR-S (09/01/2009)

12)    The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: April 19, 2012                    By:  /s/ MARILYN O. MARSHALL
                                                            Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.